AO 442 (Rev. 12/85) Warrant for Arrest



RECEIVED

APR 24 2020

U.S. Marsh· ~..·. ; EDNC

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.

KEVYN JAKOB WARD

**SEALED**
**WARRANT FOR ARREST**

CRIMINAL CASE: 5:19-CR-00423-11FL

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

<u>KEVYN JAKOB WARD</u> and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment _____ Superseding Indictment _____ Criminal Information ___ Complaint

_____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 7 - 18 U.S.C. § 371: Conspiracy to Commit Marriage Fraud

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

APRIL 21, 2020 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at Fayetteville, NC | | |
| DATE RECEIVED 4/24/2020 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
| DATE OF ARREST 4/19/2020 | Bryan Konig, DUSM | By: Ma DaGig, DUSM |

**FILED**

**JUN 19 2020**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK